Elizabeth Nellis, Appellant, v. Mary A. Gourlay, Respondent.—Motion granted and appeal dismissed, with costs.

In the Matter of the Application of the Grade Crossing Commissioners of the City of Buffalo for the Appointment of Commissioners to Ascertain the Compensation to Be Paid, etc., Lands Claimed to Be Owned by Mary Nowak and Others. (Proceeding No. 93.)—Upon stipulation filed, appeals dismissed, without costs, and order confirming award as to parcel No. 1 vacated and report and proceedings sent back to same commissioners for new appraisal and report.

Stansalaus Shalleck, Respondent, v. Minetto-Meriden Company, Appellant.—Appeal dismissed, without costs upon stipulation filed.

In the Matter of Moses T. Day, an Attorney and Counselor at Law.— Petition granted and order entered disbarring the said Moses T. Day and removing him from his office as attorney and counselor at law and forbidding his practice as such. All concurred.

The People of the State of New York ex rel. Webster Cusick, Appellant, v. Dennis W. Daly, Sheriff of Niagara County, Respondent.— Order affirmed upon the opinion of Pound, J., delivered at the Special Term. (78 Misc. Rep. 657.) All concurred.